# UNITED STATES DISTRICT COURT
for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 25, 2020

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 4:20-mj-07239-MKD |
| AMADO DE LA MORA CARDENAS, RAFAEL MUNIZ- DE LA MORA, A.K.A. HECTOR MANUEL MUNIZ, AND CARLOS MADRIGAL DENIZ | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on a date unknown but by April 2020 continuing until on or about September 24, 2020, in the county of Franklin in the Eastern District of Washington and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 846 | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*
TFA Michael L. Pitts, Drug Enforcement Administration
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
✔ Sworn to telephonically and signed electronically.

Date: 9/25/2020

_____
*Judge's signature*
Mary K. Dimke, United States Magistrate Judge
_____
*Printed name and title*

City and state:   Richland, Washington

P40306jm.SLA