## CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 25, 2020**

SEAN F. McAVOY, CLERK

**CASE NAME:** AMADO DE LA MORA CARDENAS    **CASE NO.** 4:20-mj-07239-MKD

TOTAL # OF COUNTS: 1    1 FELONY    ___ MISDEMEANOR    ___ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing Methamphetamine | CAG not less than 10 years nor more than life; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. " 862 and 862a Deportation |

Page 1 of