1  William D. Hyslop
2  United States Attorney
3  Eastern District of Washington
   Stephanie Van Marter
4  Assistant United States Attorney
5  Post Office Box 1494
   Spokane, WA 99210-1494
6  Telephone: (509) 353-2767
7
8

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:20-CR-6028-SMJ-1 |
| Plaintiff, | INDICTMENT |
| v. | Vio.: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846<br>Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine<br>(Count 1) |
| AMADO DE LA MORA CARDENAS, ▮▮▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮▮, | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Distribution of 50 Grams or More of Actual (Pure) Methamphetamine<br>(Counts 2, 3) |
| Defendants. | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine<br>(Count 4) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)<br>Possession with Intent to |

INDICTMENT – 1

Distribute 5 Grams or More of Actual (Pure) Methamphetamine (Count 5)

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

Beginning on a date unknown, but by April 2020, and continuing until on or about September 24, 2020, in the Eastern District of Washington and elsewhere, the Defendants, AMADO DE LA MORA CARDENAS, ▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ and ▮▮▮▮▮ and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846.

COUNT 2

On or about July 14, 2020, in the Eastern District of Washington, the Defendants, ▮▮▮▮▮ and ▮▮▮▮▮ ▮▮▮▮▮ did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

COUNT 3

On or about July 28, 2020, in the Eastern District of Washington, the Defendants, ▮▮▮▮▮ and ▮▮▮▮▮ ▮▮▮▮▮ did knowingly and intentionally distribute 50 grams or more of actual

INDICTMENT – 2

(pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii).

## COUNT 4

On or about September 25, 2020, in the Eastern District of Washington, the Defendants, ████████████████████████████████ and AMADO DE LA MORA CARDENAS, knowingly and intentionally possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

## COUNT 5

On or about September 25, 2020, in the Eastern District of Washington, the Defendant, ████████████████████████ did knowingly and intentionally possess with the intent to distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in Counts 1, 2, 3, 4 and 5, of this Indictment, the Defendants, AMADO DE LA MORA CARDENAS, ████████████████████ ████████████████████   ████████████████████ and ████████████████████ shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The assets to be forfeited include, but are not limited to:

INDICTMENT – 3

Defendant █████████████████

$35,890.00 U.S. currency

If any of the property described above, as a result of any act or omission of the Defendant(s):

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

DATED this ___ day of October 2020.

                            A TRUE BILL

                            _____
                            Foreperson

_____
William D. Hyslop
United States Attorney


_____
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 4