# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>-vs-<br><br>AMADO DE LA MORA CARDENAS (1),<br>CARLOS MADRIGAL DENIZ (03) AND<br>PASCUAL MASQUEDA SALINAS (5),<br><br>                              Defendants. | Case No.    4:20-CR-06028-SMJ-1,3,5<br>CRIMINAL MINUTES<br><br>DATE:    JULY 8, 2022<br>LOCATION:  RICHLAND<br><br>PRETRIAL CONFERENCE |

| Hon. Salvador Mendoza, Jr. ||||
|---|---|---|---|
| Nicole Cruz | 02 | Natalia Rivera | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter || Troy Lee for Amado De La Mora Cardenas<br>Nicholas Marchi for Carlos Madrigal Deniz<br>Ricardo Hernandez for Pascual Masqueda Salinas ||
| **Government Counsel** || **Defense Counsel** ||

[X]  Open Court          [  ]  Chambers          [  ]  Teleconference

Amado De La Mora Cardenas, Carlos Madrigal Deniz and Pascual Masqueda Salinas present, in custody of US Marshal; being assisted by Court's interpreter.

Ms. Van Marter advises Mr. Pascual Masqueda anticipates entering a change of plea on 7/28/2022 at 1:30 p.m.

Mr. Hernandez on behalf of Mr. Pascual Masqueda agrees.

Colloquy between Court and counsel regarding trial date; Parties anticipate 7-8 days for trial.

**Court**: Trial is **RESET** to **08/10/2022 at 8:30 a.m. in Richland;** additional Pretrial Conference is **SET** for **08/05/2022 at 3:30 p.m. in Richland**.

Ms. Van Marter orally moves to allow additional report by fingerprint examiner.
Objection by Mr. Marchi.

[X]  **ORDER FORTHCOMING**

| **Convened:**  10:19 a.m. | **Adjourned:**  11:11 a.m. | **Time:**  0:52 hr. | **Calendared**  [ X ] |
|---|---|---|---|

*USA -vs- Amado De La Mora Cardenas, et al.*               July 8, 2022
4:20-CR-06028-SMJ-1,3,5               Page 2
Pretrial Conference

**Court**: Government shall provide defense counsel with the fingerprint examiner's report no later than 7/18/2022; Defendant's counsel shall file extenuating motions no later than July 25, 2022 and Government's reply due no later than 8/1/2022.

Ms. Van Marter orally moves for an in camera review regarding confidential informant.

**Court:** Government shall submit documents for in camera review no later than July 12th at 12:00 p.m.

Argument by Ms. Van Marter regarding Defendant Carlos Deniz' to Motion in Limine (ECF 162). Argument by Mr. Marchi in support of motion.

**Court**: Defendant Deniz Motion in Limine **RESET** to **8/05/2022 at 8:30 a.m. in Richland.**

Colloquy between court and counsel regarding jury questionnaire.

**Court**: parties shall file a proposed agreed questionnaire no later than 7/13/2022 by 8:00 a.m.; Parties shall contact the Courtroom Deputy not later than 7/20/2022 as to technology readiness and by 8/2/2022 regarding the JERS system.

Court and counsel discuss trial mechanics. Letter to follow summarizing the Courts protocol for trial.